*P/SEND*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5069-GHK (JCGx) | Date | September 17, 2013 |
|---|---|---|---|
| Title | *California Department of Toxic Substances Control v. Allen's Formal Wear, Inc., et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers) Order to Show Cause

On July 17, 2013, Plaintiff California Department of Toxic Substances Control filed the above-titled action. The docket reflects that the following Defendants have not yet been served: (1) Capri Cleaners, Inc.; (2) Four Seasons Resort Club Management, Inc.; (3) Harbor View Cleaners; (4) Keyes Auto Body, Inc.; (5) Park Cleaners LLC; (6) Scott Robinson Pontiac, Inc; and (7) Robertson Cleaners, Inc. (collectively "Unserved Defendants"). Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 120 days from filing the Complaint to file proper proof of service of the Unserved Defendants or show good cause, in writing, by the same date, for the failure to timely serve. Failure to do so shall be deemed Plaintiff's abandonment of this action as to the Unserved Defendants and the case will be dismissed as to them, without prejudice, for failure to prosecute and failure to comply with our Orders.

The docket also reflects that the following Defendants have been served and have failed to timely file a response: (1) Allen's Formal Wear, Inc.; (2) Busy Bee DG, Inc.; (3) Clean Cleaners of Moraga, Inc.; (4) Fairlane Cleaners, (5) H & K Imperial Cleaners, Inc.; (6) I & A Cleaners, Inc.; (7) K2005 LLC; (8) Magic Cleaners & Laundry, Inc.; (9) Ogden's One Hour Cleaners, Inc.; (10) Splendid Cleaners; (11) SUA, Inc.; (12) Sundance Cleaners; (13) Sunny Fresh Cleaners; (14) Tamara Marizadeh; and (15) Y2118 A Nevada, LLC (collectively "Nonresponsive Defendants"). Plaintiff is **DIRECTED** to request entry of default against all Nonresponsive Defendants within **seven (7) days hereof**. Plaintiff **SHALL** provide a courtesy copy of such request to chambers. If Plaintiff fails to request entry of default, Plaintiff **SHALL**, within the same **seven (7) days**, show cause, in writing, why the Nonresponsive Defendants should not be dismissed for Plaintiff's failure to diligently prosecute and failure to comply with our Orders. Failure to timely request entry of default or show cause as required herein shall be deemed Plaintiff's abandonment of this action as to the Nonresponsive Defendants, and this action will be dismissed as to those Defendants, without prejudice, for failure to prosecute and failure to comply with our Orders.

**IT IS SO ORDERED.**

| | Initials of Deputy Clerk | IR for Bea |
|---|---|---|