E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5069-GHK (JCGx) | Date | October 28, 2014 |
|---|---|---|---|
| Title | *California Department of Toxic Substances Control v. Allen's Formal Wear, Inc., et al.* | | |

| Presiding: The Honorable | **GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order re:** Order to Show Cause [Dkt. 458]

On October 6, 2014, we ordered Defense Counsel Marvin Weiss to show cause why he should not be sanctioned for his failure to appear at the October 6, 2014 scheduling conference as ordered on August 22, 2014. Mr. Weiss failed to respond to our OSC. Accordingly, Mr. Weiss is **ORDERED** to appear personally at a hearing before us in Courtroom 650 of the Edward R. Roybal Federal Building and United States Courthouse located at 255 East Temple Street, Los Angeles, California 90012 on November 17, 2014 at 9:30 a.m. and to show cause (1) as required by our October 6, 2014 Order and (2) why he should not be further sanctioned for his failure to respond to our October 6, 2014 OSC. Mr. Weiss is warned that his failure to appear as ordered may result in the Court's issuance of a bench warrant for his arrest by the U.S. Marshal.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |